IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 





NO. 3-94-170-CV





CENTRAL FREIGHT LINES, INC.; MERCHANTS FAST MOTOR


LINES, INC.; TNT BESTWAY, INC.; AND 


RAILROAD COMMISSION OF TEXAS,



 APPELLANTS


vs.





B-LINE DELIVERY SERVICE, INC.,



 APPELLEE



 




FROM THE DISTRICT COURT OF TRAVIS COUNTY, 261ST JUDICIAL DISTRICT



NO. 93-12557, HONORABLE JOHN K. DIETZ, JUDGE PRESIDING



 




PER CURIAM

 The appellants have filed an unopposed joint motion to dismiss this appeal. The
motion is granted. Tex. R. App. P. 59(a)(1)(B).

 The appeal is dismissed.


Before Chief Justice Carroll, Justices Jones and Kidd

Dismissed on Joint Motion

Filed: January 25, 1995

Do Not Publish